## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV9555                                                                 Purchased/Filed: October 25, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education and Training, S.U.B. Industry Advancement and Legal Services Funds and the Westhcester Teamsters Local    Plaintiff

against

Corbelli Inc.    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ November 1, 2007 _____, at _____ 2:00pm _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint and Rule 7.1 Statement

on _____ Corbelli Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Chad Matice _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Sworn to before me on this

5th day of November, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice Work Order # SP0709191

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179