UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

                                                                     Index No. 07 CIV 9555 (CLB)

                          Plaintiffs,        **VOLUNTARY NOTICE**
                                                                     **OF DISMISSAL & ORDER**
      -and-

CORBELLI INC.,

                          Defendant.
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice

Dated: January 2, 2008
       Elmsford, New York

                                                          BARNES, IACCARINO, VIRGINIA,
                                                          AMBINDER & SHEPHERD, PLLC

                                                          Karin Arrospide, Esq. (KA9319)
                                                          Attorney for Plaintiffs
                                                          258 Saw Mill River Road
                                                          Elmsford, New York 10523
                                                          (914) 592-1515

SO ORDERED:

_Charles Brieant_
Honorable Charles L. Brieant, U.S.D.J.

dated: January 7, 2008